IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 2 3 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

TIMOTHY ANGUS,

    Plaintiff,

v.

CIVIL ACTION NO. 2:07CV66

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

The Plaintiff in the above-styled Social Security disability review action seeks leave to proceed in forma pauperis under the provisions of 28 U.S.C. § 1915.

Upon examination of Plaintiff's financial affidavit and in reliance upon the representations made therein, it is hereby

**ORDERED** that the Plaintiff be permitted to prosecute said action to its conclusion without prepayment of costs or giving security therefor and without prepayment of United States Marshal fees and, pursuant to Fed.R.Civ.P. 4(c)(2), the United States Marshal is directed to effect service of process. It is further

**ORDERED** that any recovery in the action will be subject to payment of costs and fees, including a $350.00 filing fee and service of process fee.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

DATED: August 23, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE