IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

TIMOTHY E. ANGUS,

    Plaintiff,

v.                                                                CIVIL ACTION NO. 2:07CV66

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## O R D E R

On the 20th day of December, 2007, Susan Kipp McLaughlin, on behalf of counsel of record, Regina Carpenter, filed a Motion for an Extension of Time to File Plaintiff's Motion for Summary Judgment and Supporting Memoranda [sic] [Docket Entry 8]. Plaintiff asserts in said motion that Plaintiff's motion and supporting brief are due on the 20th day of December, 2007; Regina Carpenter underwent unexpected major surgery on December 7, 2007; Susan Kipp McLaughlin is assuming responsibility for Ms. Carpenter's case load while continuing to manage her own; and these circumstances have combined to cause the completion of Plaintiff's motion and brief to be delayed. Plaintiff requests a fourteen-day extension in which to file his motion for summary and supporting brief. The Court has ascertained that Defendant does not object to Plaintiff's motion.

Upon consideration of Plaintiff's Motion for an Extension of Time to file Plaintiff's Motion for Summary Judgment and Supporting Memoranda [sic] [Docket Entry 8], and it appearing that good cause has been shown, it is

**ORDERED** that said request is **GRANTED**, and the Plaintiff shall have until and including **January 3, 2008**, in which to file any motion for summary judgment and supporting brief. This Court will entertain no further motions for enlargement of time to file the motion for summary judgment and supporting brief by Plaintiff. If Plaintiff does not file his motion for summary judgment and supporting brief on or before the above established deadline, this Court will

recommend dismissal of this action to the District Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

DATED: December 21, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE